FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 FEB -4 PM 4:03
CLERK B.W.
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CV 215-50 |
| | ) | |
| $474,961.87, et al | ) | |

**ORDER**

The Clerk is hereby ordered to administratively close this case and it is to be reopened on June 1, 2016.

**SO ORDERED**, this 4 day of February, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA