UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $474,961.87, TWO VEHICLES, AND ITEMS OF JEWELRY, <br><br> Defendants. | Case No. CV215-50 |

### ORDER

Before the Court is the United States' Motion to Dismiss. Having read and considered the motion, the Court finds good cause to dismiss this action. Accordingly, it is hereby **ORDERED** that the motion is **GRANTED** and this civil forfeiture action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(2).

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED, this 23 day of September, 2016.

---

HON. LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA